IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| LEAFFILTER NORTH, LLC<br>1595 Georgetown Road<br>Hudson, Ohio 44236,<br><br>-and-<br><br>LEAF HOME, LLC<br>1595 Georgetown Road<br>Hudson, Ohio 44236,<br><br>-and-<br><br>LEAFFILTER MANAGEMENT<br>AGGREGATOR, LLC<br>1595 Georgetown Road<br>Hudson, Ohio 44236,<br><br>    Plaintiffs,<br><br> v.<br><br>CURTIS MARSHALL<br>669 E. Sicily Dr.<br>Meridian, Idaho 83642,<br><br>    Defendant. | CASE NO. 5:26-cv-00044<br><br>JUDGE<br><br>**PLAINTIFFS' CERTIFICATION OF NOTICE OF MOTION FOR TEMPORARY RESTRAINING ORDER PURSUANT TO FED. R. CIV. P. 65** |

Pursuant to Fed. R. Civ. P. 65(b)(1)(B), I, Joseph N. Gross, counsel for Plaintiffs LeafFilter North, LLC, Leaf Home, LLC, and LeafFilter Management Aggregator, LLC, hereby certify to this Court that on January 7, 2026, at approximately 3:52 p.m., I telephoned Todd F. Palmer, counsel for Defendant Curtis Marshall, on his office phone and left him a detailed message regarding Plaintiffs' intention to seek a temporary restraining order and injunctive relief in connection with Defendant's breach of contract and his misappropriation of trade secrets.  Further, I emailed Attorney Palmer all documents filed in this action to date at his email address.  Additional

notice should not be required because of the risk that Defendant will take further inappropriate action before this Court can issue an Order.

Dated: January 7, 2026

Respectfully submitted,

/s/Joseph N. Gross
Joseph N. Gross (0056241)
Lyndsay M. Flagg (0099248)
**BENESCH, FRIEDLANDER,
  COPLAN & ARONOFF LLP**
127 Public Square, Suite 4900
Cleveland, Ohio 44114-2378
Telephone: 216.363.4500
Facsimile: 216.363.4588
Email: jgross@beneschlaw.com
       lflagg@beneschlaw.com

*Attorneys for Plaintiffs LeafFilter North, LLC, Leaf Home, LLC and LeafFilter Management Aggregator, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2026, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

/s/Joseph N. Gross
Joseph N. Gross (0056241)
*One of the Attorneys for Plaintiffs LeafFilter North, LLC, Leaf Home, LLC, and LeafFilter Management Aggregator, LLC*

28071032