IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| LEAFFILTER NORTH, LLC, *et al.*, | ) | CASE NO. 5:26-cv-00044 |
| | ) | |
| Plaintiffs, | ) | JUDGE |
| | ) | |
| v. | ) | **PLAINTIFFS LEAFFILTER NORTH,** |
| | ) | **LLC'S, LEAF HOME, LLC'S, AND** |
| CURTIS MARSHALL, | ) | **LEAFFILTER MANAGEMENT** |
| | ) | **AGGREGATOR, LLC'S CORPORATE** |
| Defendant. | ) | **DISCLOSURE STATEMENT** |

Plaintiffs LeafFilter North, LLC, Leaf Home, LLC, and LeafFilter Management Aggregator, LLC, by and through the undersigned counsel, for their Corporate Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.13(b), hereby state as follows:

1. LeafFilter North, LLC, Leaf Home, LLC, and LeafFilter Management Aggregator, LLC are not publicly held corporations nor publicly held entities.

2. No publicly held corporation owns 10% or more of the stock of LeafFilter North, LLC, Leaf Home, LLC, or LeafFilter Management Aggregator, LLC.

3. LeafFilter North, LLC's and LeafFilter Management Aggregator, LLC's ultimate parent is Leaf Home, LLC.

There are no publicly held corporations (including their affiliates) that have a substantial financial interest in the outcome of the above-captioned case.

Dated: January 7, 2026	Respectfully submitted,

*/s/ Joseph N. Gross*
Joseph N. Gross (0056241)
Lyndsay M. Flagg (0099248)
**BENESCH, FRIEDLANDER,
 COPLAN & ARONOFF LLP**
127 Public Square, Suite 4900
Cleveland, Ohio 44114-2378
Telephone:  216.363.4500
Facsimile:   216.363.4588
Email:  jgross@beneschlaw.com
           lflagg@beneschlaw.com

*Attorneys for Plaintiffs LeafFilter North, LLC, Leaf Home, LLC, and LeafFilter Management Aggregator, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2026, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

*/s/Joseph N. Gross*
Joseph N. Gross (0056241)
*One of the Attorneys for Plaintiffs LeafFilter North, LLC, Leaf Home, LLC, and LeafFilter Management Aggregator, LLC*