# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| LeafFilter North, LLC, et al. | ) | Case No. 5:26-cv-00044 |
| | ) | |
| Plaintiffs | ) | Judge Benita Y. Pearson |
| | ) | |
| v. | ) | |
| | ) | **PROOF OF SERVICE** |
| Curtis Marshall, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to this Court's Order of January 8, 2026 [Doc #8] (the "Order"), Plaintiffs LeafFilter North, LLC, Leaf Home, LLC, and LeafFilter Management Aggregator, LLC, hereby certify to this Court that on January 8, 2026, counsel for Plaintiffs served upon Defendant's counsel a copy of the Order, via electronic mail. Copies of the Verified Complaint [Doc #1] and Motion for Temporary Restraining Order and Preliminary Injunction [Doc #2] were previously served upon Defendant's counsel on January 6, 2026 by electronic mail.

Dated: January 8, 2026                                    Respectfully submitted,

/s/Joseph N. Gross
Joseph N. Gross (0056241)
Lyndsay M. Flagg (0099248)
**BENESCH, FRIEDLANDER,**
  **COPLAN & ARONOFF LLP**
127 Public Square, Suite 4900
Cleveland, Ohio 44114-2378
Telephone: 216.363.4500
Facsimile: 216.363.4588
Email: jgross@beneschlaw.com
          lflagg@beneschlaw.com

*Attorneys for Plaintiffs LeafFilter North, LLC, Leaf Home, LLC and LeafFilter Management Aggregator, LLC*

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 8, 2026, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

                                                      /s/Joseph N. Gross
                                                      Joseph N. Gross (0056241)
*One of the Attorneys for Plaintiffs LeafFilter North, LLC, Leaf Home, LLC, and LeafFilter Management Aggregator, LLC*